```
 1
 2
 3
 4
 5
 6
 7                       UNITED STATES DISTRICT COURT
 8
                        CENTRAL DISTRICT OF CALIFORNIA
 9
10
11  REGINALD SCOTT, aka            ) Case No. CV 06-0277-GHK(RC)
    REGINALD E.B. SCOTT,           )
12                                 )
              Petitioner,          )
13                                 ) ORDER ADOPTING FINAL REPORT AND
    vs.                            ) RECOMMENDATION OF UNITED STATES
14                                 ) MAGISTRATE JUDGE
    JOHN F. SALAZAR, WARDEN,       )
15                                 )
              Respondent.          )
16  _____ )
17
18       Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
19  petition and other papers along with the attached Final Report and
20  Recommendation of United States Magistrate Judge Rosalyn M. Chapman,
21  as well as petitioner's objections, and has made a de novo
22  determination.
23
24       IT IS ORDERED that (1) the Final Report and Recommendation is
25  approved and adopted; (2) the Final Report and Recommendation is
26  adopted as the findings of fact and conclusions of law herein; and
27  (3) Judgment shall be entered denying the petition and dismissing
28  the action with prejudice.
```

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judgment's Final Report and Recommendation and Judgment by the United State mail on petitioner.

DATED:   12/7/09

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

R&Rs\06-0277.ADO
12/3/09