UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD SCOTT, aka REGINALD E.B. SCOTT, ) ) ) Petitioner, ) ) vs. ) ) JOHN F. SALAZAR, WARDEN, ) ) Respondent. ) _____ ) | Case No. CV 06-0277-GHK(RC) JUDGMENT |

   IT IS ADJUDGED that Judgment be entered denying the petition and dismissing the action with prejudice.

DATED:    12/7/09__

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

R&Rs\06-0277.JUD
10/13/09